UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL SAUNDERS, on behalf of himself and all others similarly situated,

Plaintiffs,

v.

CULTURE HOUSE LLC,

Defendant.

1:24-cv-06199

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE, that Plaintiff Michael Saunders ("Plaintiff") by and through his undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure as no Answer or Summary Judgment Motion has been filed by Defendants, hereby voluntarily and finally dismisses this action with prejudice, without costs or attorneys' fees.

Dated: October 16, 2024

**JOSEPH & NORINSBERG, LLC**

By:
Jon L. Norinsberg, Esq.
Bennitta L. Joseph, Esq.
110 East 59th Street, Suite 2300
New York, New York 10022
Tel: (212) 227-5700
jon@norinsberglaw.com
bennitta@employeejustice.com
*Attorneys for Plaintiff*